IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEVOLA BLACK,

    Plaintiff,

v.                                  CASE NO. 4:09-cv-00071-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on a Report and Recommendation, Doc. 24. The Magistrate Judge has recommended that the decision of the Commissioner to deny Plaintiff's application for Social Security benefits be reversed and the Commissioner be ordered to grant Plaintiff's applications for benefits as per the Complaint Filed by Levola Black, Doc. 1. No objections have been filed, and the time for doing so has passed. Finding no plain error, it is

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 24, is ADOPTED and incorporated herein.

2.    The decision of the Commissioner denying benefits is REVERSED and the Commissioner is directed to grant Plaintiff's application for benefits.

    **DONE AND ORDERED** this   *5th* day of January, 2010

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge